```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY et ano,<br><br>    Plaintiffs,<br><br>        v.<br><br>FRACHT FWO INC.,<br><br>    Defendant. | 24-cv-1987 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

   On August 15, 2025, the parties in the above-captioned case reached a settlement before Magistrate Judge Ona T. Wang. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

   SO ORDERED.

New York, NY  
August 18, 2025

_____  
JED S. RAKOFF, U.S.D.J.